REDACTED
FILED
CLERK, U.S. DISTRICT COURT

5/16/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: MG  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRE POWER CO., LTD.; NEW BRIGHT JET LIGHTING (SHENZHEN) CO., LTD.; INTEREST PLUS INVESTMENTS LIMITED; CHIEN TSAI TSAI; and CHIEN HO TSAI, <br><br> Defendants. | Case No. 5:15-CV-00876-JGB-SP <br> REDACTED <br> **SPECIAL VERDICT FORM** |
| AND RELATED COUNTER-CLAIMS | |

# SPECIAL VERDICT FORM

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this Special Verdict Form.

I have already instructed you on the law that you are to use in answering these questions. You must follow my instructions and the form carefully. You must consider each question separately. Although you may discuss the evidence and the issues to be decided in any order, you must answer the questions on the verdict form in the order they appear. After you answer a question, the form tells you what to do next.

All of you must deliberate on and answer each question. All of you must agree on an answer before you can move on to the next question.

When you have finished filling out the form, your presiding juror must write the date and sign it at the bottom of the last page and then notify the marshal that you are ready to present your verdict in the courtroom.

1-28

**YOUR ANSWERS MUST BE UNANIMOUS.**

### COPYRIGHT INFRINGEMENT

1. Do you find that the Plaintiff Anthony California, Inc. is the owner of a valid copyright in the Lamp Designs?

| | | | Yes | No |
|---|---|---|---|---|
| A. | VA 1-938-070 | (Exhibit 22) | | X |
| B. | VA 1-938-072 | (Exhibit 23) | X | |
| C. | VA 1-938-067 | (Exhibit 24) | | X |
| D. | VA 1-938-116 | (Exhibit 25) | X | |
| E. | VA 1-938-122 | (Exhibit 26) | X | |
| F. | VA 1-938-118 | (Exhibit 27) | X | |

If your answer to any part of question 1 is "yes," then answer questions 2-5. If you answered each part of question 1 as "no," proceed directly to page 9.

2. Do you find that Fire Power Co., Ltd., New Bright Jet Lighting (Shenzhen) Co., Ltd., and/or Interest Plus Investments Limited copied and sold the Lamp Designs in an unauthorized manner?

2

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| A. | VA 1-938-070 (Exhibit 22) | | | | X |
|   | If **yes**, was it | Willful | Non-willful | | Innocent |
|   | | | | | |

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| B. | VA 1-938-072 (Exhibit 23) | | X | | |
|   | If **yes**, was it | Willful | Non-willful | | Innocent |
|   | | X | | | |

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| C. | VA 1-938-067 (Exhibit 24) | | | | X |
|   | If **yes**, was it | Willful | Non-willful | | Innocent |
|   | | | | | |

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| D. | VA 1-938-116 (Exhibit 25) | | | | X |

|     |                              | Yes | No  |
|-----|------------------------------|-----|-----|
|     | If **yes**, was it — Willful / Non-willful / Innocent | | |
| E.  | VA 1-938-122 (Exhibit 26)    | X   |     |
|     | If **yes**, was it — **Willful** (X) / Non-willful / Innocent | | |
| F.  | VA 1-938-118 (Exhibit 27)    |     | X   |
|     | If **yes**, was it — Willful / Non-willful / Innocent | | |

Proceed to question 3.

3. If you answered "Willful," "Non-willful," or "Innocent" to any Lamp Design in question 2, what is the amount of statutory damages that Plaintiff Anthony California, Inc. is entitled to recover from Fire Power Co., Ltd., New Bright Jet Lighting (Shenzhen) Co., Ltd., and/or Interest Plus Investments Limited? Note: The statutory range for damages are as follows:

-Willful infringement: $750 - $150,000 **per** Lamp Design

-Non-willful infringement: $750-$30,000 **per** Lamp Design

-Innocent infringement: $200-$30,000 **per** Lamp Design.

|   |   |   | Fire Power Amount: | New Bright Amount: | Interest Plus Amount: |
|---|---|---|---|---|---|
| A. | VA 1-938-070 (Exhibit 22) | | $ —0— | $ —0— | $ —0— |
| B. | VA 1-938-072 (Exhibit 23) | | $ 7,576.18 | $ 7,576.18 | $ 7,576.18 |
| C. | VA 1-938-067 (Exhibit 24) | | $ —0— | $ —0— | $ —0— |
| D. | VA 1-938-116 (Exhibit 25) | | $ —0— | $ —0— | $ —0— |
| E. | VA 1-938-122 (Exhibit 26) | | $ 7,576.18 | $ 7,576.18 | $ 7,576.18 |
| F. | VA 1-938-118 (Exhibit 27) | | $ —0— | $ —0— | $ —0— |

Total $ 45,457.08

Proceed to question 4.

4. Do you find that Chien Tsai Tsai and/or Chien Ho Tsai copied and sold the Lamp Designs in an unauthorized manner?

|   |   | Yes | No |
|---|---|---|---|
| A. | VA 1-938-070 (Exhibit 22) | _____ | __X__ |

| If **yes**, was it | Willful | Non-willful | Innocent |
|---|---|---|---|
|   | _____ | _____ | _____ |

5

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| B. | VA 1-938-072 (Exhibit 23) | | X | | |

|   | Willful | Non-willful | Innocent |
|---|---|---|---|
| If **yes**, was it | X | | |

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| C. | VA 1-938-067 (Exhibit 24) | | | | X |

|   | Willful | Non-willful | Innocent |
|---|---|---|---|
| If **yes**, was it | | | |

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| D. | VA 1-938-116 (Exhibit 25) | | | | X |

|   | Willful | Non-willful | Innocent |
|---|---|---|---|
| If **yes**, was it | | | |

|   |   |   | Yes | | No |
|---|---|---|---|---|---|
| E. | VA 1-938-122 (Exhibit 26) | | X | | |

|   | Willful | Non-willful | Innocent |
|---|---|---|---|
| If **yes**, was it | X | | |

6

|  |  |  | Yes | No |
|---|---|---|---|---|
| F. | VA 1-938-118 (Exhibit 27) |  | ____ | __X__ |

|  | If **yes**, was it | Willful | Non-willful | Innocent |
|---|---|---|---|---|
|  |  | ____ | ____ | ____ |

Proceed to question 5.

5. If you answered "Willful," "Non-willful," or "Innocent" to any Lamp Design in question 4, what is the amount of statutory damages that Plaintiff Anthony California, Inc. is entitled to recover from Chien Tsai Tsai and/or Chien Ho Tsai

Note: The statutory range for damages are as follows:

-Willful infringement: $750 - $150,000 **per** Lamp Design

-Non-willful infringement: $750-$30,000 **per** Lamp Design

-Innocent infringement: $200-$30,000 **per** Lamp Design.

|  |  | **Chien Tsai Tsai** Amount: | **Chien Ho Tsai** Amount: |
|---|---|---|---|
| A. | VA 1-938-070 (Exhibit 22) | $ —0— | $ —0— |
| B. | VA 1-938-072 (Exhibit 23) | $ 7576.18 | $ 7576.18 |
| C. | VA 1-938-067 (Exhibit 24) | $ —0— | $ —0— |
| D. | VA 1-938-116 (Exhibit 25) | $ —0— | $ —0— |

E.  VA 1-938-122    $ 7,576.18    $ 7,576.18
    (Exhibit 26)

F.  VA 1-938-118    $ —           $ —
    (Exhibit 27)

                    Total $ 30,304.72

# MISAPPROPRIATION OF TRADE SECRET

1. Was Anthony California, Inc. the owner of confidential customer, inventory, sales, pricing, and product data (collectively "Confidential Information") housed on Anthony California's secure website via unique login identification numbers?

    __X__ Yes    _____ No

If your answer to question 1 is "yes," then answer question 2. If you answered "no," proceed directly to page 12.

2. Was this Confidential Information secret at the time of the alleged misappropriation?

    __X__ Yes    _____ No

If your answer to question 2 is "yes," then answer question 3. If you answered "no," proceed directly to page 12.

3. Did this Confidential Information have actual or potential independent economic value because they were secret?

    __X__ Yes    _____ No

If your answer to question 3 is "yes," then answer question 4. If you answered "no," proceed directly to page 12.

4. Did Anthony California, Inc. make reasonable efforts under the circumstances to keep the Confidential Information secret?

\_\_\_X\_\_\_ Yes          _____ No

If your answer to question 4 is "yes," then answer question 5. If you answered "no," proceed directly to page 12.

5. Did Defendants acquire, use or disclose the trade secrets by improper means?

\_\_\_X\_\_\_ Yes          _____ No

If your answer to question 5 is "yes," then answer question 6. If you answered "no," proceed directly to page 12.

6. Was Defendants' improper acquisition, use, or disclosure of the Confidential Information a substantial factor in causing Anthony California, Inc. harm?

_____ Yes          \_\_\_X\_\_\_ No

If your answer to question 6 is "yes," then answer question 7. If you answered "no," proceed directly to page 12.

7. Did Defendants act willfully and maliciously so as to justify an award of punitive damages?

_____ Yes          _____ No

Proceed to question 8.

10

8. What are Anthony California, Inc.'s damages?

- Past economic loss

    lost earnings $_____

    lost profits $_____

    other past economic loss $_____

    Total Past Economic Damages: $_____

- Future economic loss

    lost earnings $_____

    lost profits $_____

    other future economic loss $_____

    Total Future Economic Damages: $_____

TOTAL $_____

## INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

1. Did Anthony California, Inc. and 1) American Furniture Warehouse, and/or 2) Raymour & Flanigan have an economic relationship that probably would have resulted in an economic benefit to Anthony California, Inc.?

    __X__ Yes    _____ No

If your answer to question 1 is "yes," then answer question 2. If you answered "no," proceed directly to page 15.

2. Did Defendants know of the relationship?

    __X__ Yes    _____ No

If your answer to question 2 is "yes," then answer question 3. If you answered "no," proceed directly to page 15.

3. Did Defendants 1) manufacture and sell infringing products and wrongfully deprive Anthony California of its sales, and/or 2) intentionally delay shipment of Anthony California products to disrupt these economic relationships?

    __X__ Yes    _____ No

If your answer to question 3 is "yes," then answer question 4. If you answered "no," proceed directly to page 15.

4. By engaging in this conduct, did Defendants intend to disrupt the relationships or know that disruption of the relationships was certain or substantially certain to occur?

\_\_\_\_X\_\_\_\_ Yes          _____ No

If your answer to question 4 is "yes," then answer question 5. If you answered "no," proceed directly to page 15.

5. Was the relationship disrupted?

\_\_\_\_X\_\_\_\_ Yes          _____ No

If your answer to question 5 is "yes," then answer question 6. If you answered "no," proceed directly to page 15.

6. Was Defendants' conduct a substantial factor in causing harm to Anthony California, Inc.?

\_\_\_\_X\_\_\_\_ Yes          _____ No

If your answer to question 6 is "yes," then answer question 7. If you answered "no," proceed directly to page 15.

7. What are Anthony California, Inc.'s damages?

- Past economic loss

    lost earnings $\_\_\_—_____

    lost profits $\_\_\_\_191,070.68_____

    other past economic loss $\_\_\_—_____

13

Total Past Economic Damages: $ _191,070.68_

- Future economic loss

    lost earnings $ _—_

    lost profits $ _95,535.34_

    other future economic loss $ _—_

    Total Future Economic Damages: $ _95,535.34_

- Past noneconomic loss, including reputational harm: $ _0_

- Future noneconomic loss, including reputational harm: $ _0_

TOTAL $ _286,606.02_

~~(illegible, crossed out)~~

TWO HUNDRED EIGHTY-SIX THOUSAND, SIX HUNDRED AND SIX AND 02/100 DOLLARS.

## BREACH OF CONTRACT: BOOK ACCOUNT

1. Did you find that Anthony California, Inc. and Fire Power Co., Ltd., New Bright Jet Lighting (Shenzhen) Co., Ltd., and Interest Plus Investments Limited had financial transactions?

    __X__ Yes    _____ No

Proceed to question 2.

2. Did you find that Fire Power Co., Ltd., New Bright Jet Lighting (Shenzhen) Co., Ltd., and Interest Plus Investments Limited kept an account of the debits and credits involved in the transactions?

    __X__ Yes    _____ No

If your answer to question 2 is "yes," then answer question 3. If you answered "no," proceed directly to page 16.

3. Did you find that Anthony California, Inc. owes Fire Power Co., Ltd., New Bright Jet Lighting (Shenzhen) Co., Ltd., and/or Interest Plus Investments Limited money on the account?

    __X__ Yes    _____ No

If your answer to question 3 is "yes," then answer question 4. If you answered "no," proceed directly to page 16.

4. The amount of money owed by Anthony California, Inc. is:
    $ __75,761.80__

Proceed to the next page.

You have now completed this Special Verdict Form and should so advise the Marshal or a member of my staff. The Foreperson should sign and date the Form below:

Juror No. 7

Foreperson: ███████████████

Dated: 5-16-18