
1 | Jen-Feng Lee, SBN 204328
2 | jflee@ltpacificlaw.com
  | Kenneth K. Tanji, Jr., SBN 162273
3 | ktanji@ltpacificlaw.com
  | **LT Pacific Law Group, LLP**
4 | 17800 Castleton Street, #560
5 | City of Industry, CA 91748
  | T: 626-810-7200
6 | F: 626-810-7300
7 |
8 | Attorneys for Defendants/Counter-Claimants
  | Fire Power Co. Ltd, Interest Plus Investments Limited,
9 | New Bright Jet Co. Ltd., Chien Ho Tsai, and Chien Tsai Tsai

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY CALIFORNIA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FIRE POWER CO.LTD. et. al.<br><br>Defendants. | No. 5:15-cv-00876-JGB-SP<br><br>NOTICE OF MOTION AND MOTION RE Defendants' **Rule 60(d)(3) Motion** to set aside judgment for **Fraud on the Court**<br><br>Date:  August 13, 2018<br>Time:  9 AM<br>Ctrm:  1 |

---

Notice of Motion re Defendant's Rule 60(d)(3) Motion for Fraud On the Court

1

TO THIS HONORABLE COURT:

 Defendants seek relief to set aside the judgment, due to Plaintiff's commission of fraud on the Court, under Rule 60(d)(3).

 This motion is made following conference of counsel that took place on June 22, 2018, pursuant to LR 7-3.

 The memorandum of the points and authorities are filed concurrently herein, along with a Compendium of Exhibits referenced in the memorandum.

Dated: June 29, 2018      LT Pacific Law Group LLP

             /s/Jen-Feng Lee

             Jen-Feng (Jeff) Lee
             Attorney for Defendants/CounterClaimants

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document, **DEFENDANTS' NOTICE OF MOTION AND MOTION per RULE60(d)(3) Fraud On The Court**, was filed electronically in compliance with Local Rule 5 – 3.3 and Federal Rules of Civil Procedure. As such, this document was served on all counsel deemed to have consented to electronic service. Local Rule 5 – 4.1.3. All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below:

NONE.

On this 29th day of June, 2018.

/s/Jen-Feng Lee_____
Jen-Feng Lee